IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| TIA CHLOIS HILLARY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. EP-23-CV-207-KC |
| | § | |
| GP TRANS INC., GLENN E. KING, | § | |
| AND OLEG ZABIRKO, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On this day, the Court considered the above-captioned case. On June 28, 2023, the parties informed the Court that they reached an agreement to resolve this matter and are working to finalize settlement. Joint Notice of Settlement, ECF No. 11. Accordingly, unless the parties submit final closing papers **on or before August 14, 2023,** the Court will dismiss the case without costs and without prejudice to the rights of any party to move within thirty days thereafter to reopen if settlement has not, in fact, been consummated.

**SO ORDERED**.

SIGNED this 29th day of June, 2023.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE