IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| TIA CHLOIS HILLARY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CAUSE NO. EP-23-CV-207-KC |
| GP TRANS INC., GLENN E. KING, AND OLEG ZABIRKO, | § § § § | |
| Defendants. | § § | |

## ORDER

On this day, the Court considered the parties' Joint Motion for Dismissal with Prejudice ("Motion"), ECF No. 13, filed on August 11, 2023.  Upon due consideration, the Motion is **GRANTED**.  In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the Motion, the Court **ORDERS** that all of Plaintiff's claims in this case are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that Defendant GP Trans, Inc.'s Motion to Dismiss, ECF No. 5; and Defendant Oleg Zabirko's Motion to Dismiss, ECF No. 6, are **DENIED** as moot.

**IT IS FURTHER ORDERED** that all parties shall pay their own costs and fees.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 14th day of August, 2023.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE